IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| Kevin M. Gildea and ) | |
| Lisa A. Gildea ) | Case No. 14-81484 |
| ) | |
| ) | (Chapter 13) |
| 20556 E. 47th St. S. ) | |
| Broken Arrow, OK 74014 ) | |
| ) | |
| Debtors. ) | |

## SECOND AMENDED PLAN AND SUMMARY
## NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN

    Comes now the Debtors and files their Second Amended Plan and Summary, and Notice of Incorporation of Terms of Original Plan.

1. The Debtors have attached hereto their Amended Plan and Summary which provides for a term of 60 months.
2. All terms contained in the Original Plan filed on December 18, 2014 (except the Summary of Plan) are incorporated by reference.
3. Pursuant to 11 U.S.C. 1323(b) the modifications contained in the Amended Plan and Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.
4. The secured claims have not been affected.
5. The distribution of unsecured creditors did not change due to the modifications.

Date: 1/29/2015  /s/ Anna Hanson_____
Anna Hanson, OBA #30098
Hanson & Hanson Law Firm, PLLC
4527 E. 91st St.
Tulsa, OK 74137
(918) 409-0634
(918) 779-7054 (fax)
anna@thehansonlawfirm.com
Attorney for Debtor

**AN AMENDED SUMMARY
IS ATTACHED HERETO**

# Summary of Plan

Use for Original and Amended Plans

Debtor(s): Kevin Gildea and Lisa Gildea   Case No. 14-81484   Dated: 1/29/2015

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2013 Ford Taurus | Ford Motor Credit | $ 30,001.06 | 7437 | 0.0000% | 2 | 60 | $508.49 | Trustee | 59 | $30,001.06 |
| I.A. | 2010 Ford Fusion | Santander Consumer USA | $11,850 | 1000 | 7.0000% | 2 | 60 | $240.74 | Trustee | 59 | $14,203.92 |
| I.A. | 2000 Volkswagon Beetle | World Finance Corporation | $ 1,376.00 | 9670 | 7.0000% | 2 | 13 | $120.45 | Trustee | 12 | $1,445.40 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Mortgage on real property | Nationstar Mortgage, LLC | $228,402.00 | 4577 | | 3 | 60 | $1,552.00 | Trustee | 58 | $90,016.00 |
| II.B. | Pre-petition arrears | Nationstar Mortgage, LLC | $ 8,116.52 | 4577 | | 3 | 60 | $139.94 | Trustee | 58 | $8,116.52 |
| II.B. | Post-petition arrears | Nationstar Mortgage, LLC | $ 3,104.00 | 4577 | | 3 | 60 | $53.52 | Trustee | 58 | $3,104.00 |
| II.A. | Post-petition payment (already paid directly to Nationstar by debtors 1/1/15 | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Hanson & Hanson Law Firm, PLLC | | | | | | | Trustee | | $1,310.00 |
| IV.B. | Taxes | | | | | | | | Trustee | | |
| IV.B. | Taxes | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $148,196.90 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 1 | 1 | $820.00 | Debtor | 1 | $820.00 |
| | | 2 | 2 | $1,640.00 | Debtor | 1 | $1,640.00 |
| | | 3 | 60 | $3,565.00 | Debtor | 58 | $206,770.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $209,230.00 |
| Trustee Fee (10%) | $20,923.00 |
| Total paid to Class I, II, III, IV.A and IV.B creditors above | $148,196.90 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $40,090.80 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $19.30 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $668.18 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $40,090.80 |
| Amount available to all Creditors under Chapter 7: | |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $40,090.80 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | $0.00 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $40,090.80 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $78,835 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $78,835 |
| Required Amount to Class IV.C. Claims | $40,090.80 |
| Estimated Percentage to Class IV.C. Claims: | 50.85% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $123,670.00 |
| Less Trustee Fee: | $12,367.00 |
| Less payments to Creditors: | $148,196.90 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**

Form SP Post-Act 07012011(for Plan form 07-01-2011)
As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.

Case 14-81484   Doc 22   Filed 01/29/15   Entered 01/29/15 21:04:26   Desc Main Document   Page 2 of 2