# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| KEVIN M. GILDEA ) | Case No. 14-81484 |
|    SSN: xxx-xx-4337 ) | Chapter 13 |
| LISA A. GILDEA ) | |
|    SSN: xxx-xx-3247 ) | |
| ) | |
| 20556 E. 47th STREET S. ) | |
| BROKEN ARROW, OK 74014 ) | |
|             Debtor(s). ) | |

## OBJECTION TO CONFIRMATION

**COMES NOW**, William M. Bonney, Standing Chapter Thirteen Trustee and for his Objection to Confirmation to the Chapter Thirteen Plan, states:

1. The Debtors plan does not accurately provide for the continuing mortgage payment to Nationstar Mortgage, LLC.

2. The proof of claim filed by the creditor shows a monthly mortgage payment of $1,682.37.

3. The plan is not feasible to pay all secured claims and to pay the required minimum amount to unsecured creditors.

4. For the reasons set forth above, and pursuant to 11 U.S.C. § 1325 the plan should not be confirmed.

**WHEREFORE**, William M. Bonney, Standing Chapter Thirteen Trustee requests the Court to deny confirmation of the Chapter Thirteen Plan.

Respectfully submitted,

/s/ *William M. Bonney*
William M. Bonney, Trustee, OBA #12221
Richard W. Walden, Staff Attorney, OBA #17907
Office of the Standing Chapter 13 Trustee
215 State Street, Ste. 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Phone: (918) 683-3840
Fax: (918) 683-3302
trustee@edok13.com

## CERTIFICATE OF MAILING

  I, William Mark Bonney, do hereby certify that on March 6, 2015, a true and correct copy of the **Objection to Confirmation** was mailed with proper postage prepaid thereon, to the party or parties not receiving electronic notice as set forth on the attached notice of electronic filing, and to the interested parties listed below, if any.

Kevin & Lisa Gildea
20556 E. 47th Street S
Broken Arrow, OK 74014

        Respectfully submitted,

        */s/ William M. Bonney*
        William M. Bonney, Trustee, OBA #12221
        Richard W. Walden, Staff Attorney, OBA #17907
        Office of the Standing Chapter 13 Trustee
        215 State Street, Ste. 1000
        P.O. Box 1548
        Muskogee, OK 74402-1548
        Phone: (918) 683-3840
        Fax: (918) 683-3302
        trustee@edok13.com